UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

FULL CREATIVE, LTD. d/b/a I.C.B.　　　　　　　Civil Action
ASIA, CO., LTD.　　　　　　　　　　　　　　　No. 04 CV 2907 (RH)
　　　　　　　　　　　　　　　　　　　　　　　ECF CASE
　　　　　　Plaintiff,

　　　-against-　　　　　　　　　　　　　　　RULE 7.1
　　　　　　　　　　　　　　　　　　　　　　STATEMENT

SOLE CITY, INC., SOLOMON SAFDEYE,
ALAN KANDALL, JEFFREY BERNSTEIN and
MARC DOLCE

　　　　　　Defendants.
-----------------------------------------------------------------x

　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys for Plaintiff hereby certify that there are no publicly held parents, subsidiaries or affiliates of Plaintiff Full Creative, Ltd. d/b/a I.C.B. Asia, Co., Ltd.

Dated: New York, New York
　　　　April 15, 2004

　　　　　　　　　　　　　　　　　　　　　　GURSKY & PARTNERS, LLP
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

　　　　　　　　　　　　　　　　　　　　　　By:　　s/ Ira S. Sacks
　　　　　　　　　　　　　　　　　　　　　　　　Ira S. Sacks (IS 2861)
　　　　　　　　　　　　　　　　　　　　　　　　Esther Trakinski (ET 7791)
　　　　　　　　　　　　　　　　　　　　　　　　1350 Broadway, 11th Floor
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　　　　　　　　　(212) 904-1234