USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FULL CREATIVE, LTD. d/b/a I.C.B. ASIA, CO., LTD., : 04 CV 2907

                Plaintiff,

       - against -    **STIPULATION EXTENDING
                               DEFENDANT'S TIME TO
SOLE CITY, INC., SOLOMON SAFDEYE,    APPEAR, ANSWER OR MOVE**
ALAN KANDALL, JEFFREY BERNSTEIN and
MARC DOLCE.

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned attorneys representing the parties to the above-referenced matter that the time for defendants to appear, answer or otherwise move with regard to the Summons and Complaint in the above-referenced matter is hereby extended to and including May 28, 2004.

Dated: New York, New York
       April 26, 2004

**GURSKY & PARTNERS, LLP**          **KANE KESSLER, P.C.**

By: _____          By: _____
Ira Sacks (IS-2861)                        Dana M. Susman (DS-5436)
1350 Broadway – 11th Floor            1350 Avenue of the Americas
New York, New York 10018             New York, New York 10019
(212) 904-1234                                  (212) 541-6222

Attorneys for Plaintiff                     Attorneys for Defendants

Esther S. Trakinski (ET 7191)

#202234.1

    **SO ORDERED:**

    _____ 5/6/04
    Richard J. Holwell, U.S.D.J.

MICROFILM -9:00 AM MAY 10 2004