UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FULL CREATIVE, LTD. d/b/a I.C.B. ASIA, CO., LTD.,

                Plaintiff,

-against-

SOLE CITY, INC., SOLOMON SAFDEYE, ALAN KANDALL, JEFFREY BERNSTEIN and MARC DOLCE

                Defendants.

------------------------------------------------------------x

Case No.
04 CV 02907 (RJH) (GWG)

### STIPULATION EXTENDING PLAINTIFF'S TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT JEFFREY BERNSTEIN'S MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff, Full Creative, Ltd. d/b/a I.C.B. Asia, Co., Ltd. ("Plaintiff"), and counsel for Defendant, Jeffrey Bernstein ("Defendant"), that the time for Plaintiff to answer or otherwise respond to Defendant's Motion To Dismiss in the above-referenced matter is hereby extended until and including June 24, 2004.

Dated: New York, New York
       May 25, 2004

| GURSKY & PARTNERS, LLP | FELDMAN WEINSTEIN, LLP |
|---|---|
| _s/_ | _[signature]_ |
| Ira S. Sacks (IS 2861) | Eric Weinstein (EW 5423) |
| Esther S. Trakinski (ET 7791) | Eric D. Harris (EH 1341) |
| 1350 Broadway – 11th Floor | 420 Lexington Avenue, Suite 2620 |
| New York, New York 10018 | New York, New York 10170 |
| (212) 904-1234 | (212) 869-7000 |
| Attorneys for Plaintiff | Attorneys for Defendant |

**SO ORDERED:**

Date:_____

_____
United States District Judge