UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| FULL CREATIVE, LTD. d/b/a I.C.B. ASIA, CO., LTD., | : : : | 04 Civ. 02907 (RJH)(GWG) |
| **Plaintiff**, | : : | **NOTICE OF MOTION** |
| - against – | : : | |
| SOLE CITY, INC., SOLOMON SAFDEYE, ALAN KANDALL, JEFFREY BERNSTEIN And MARC DOLCE, | : : : : | |
| **Defendants.** | : | |

------------------------------------------------------------x

**PLEASE TAKE NOTICE,** that upon the annexed Affidavit of S. Reid Kahn, Esq. sworn to May 26, 2004, and the exhibits annexed thereto, the accompanying Memorandum of Law, and upon all prior proceedings heretofore had herein, the defendants Sole City, Inc., Solomon Safdeye and Alan Kandall, (collectively, the "Defendants"), shall move this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, before the Honorable Richard J. Holwell, at 500 Pearl Street, Courtroom 17B, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing plaintiff's third and fourth claims for relief for fraud and negligent misrepresentation, respectively, for failure to state a claim upon which relief may be granted.

Dated:    New York, New York
         May 26, 2004

                                KANE KESSLER, P.C.


                                By:___s/S. Reid Kahn_____
                                        S. Reid Kahn (SRK-1458)
                                Attorneys for Defendants Sole City, Inc.,
                                Solomon Safdeye and Alan Kandall
                                1350 Avenue of the Americas
                                New York, New York 10019
                                (212) 541-6222

#204344.1

TO:     GURSKY & PARTNERS, LLP
Attorneys for Plaintiff
1350 Broadway, 11th Floor
New York, New York 10018
(212) 904-1234

FELDMAN WEISTEIN LLP
Attorneys for Defendant Jeffrey Bernstein
420 Lexington Avenue
New York, New York 10170
(212) 869-7000

This document has been filed electronically.