## AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

      I, **Nellya Dym**, being duly sworn, say:

      I am not a party to the within action, am over 18 years of age, and reside in Brooklyn, New York.

      On May 26, 2004, I served the within:

**NOTICE OF MOTION and AFFIDAVIT OF S. REID KAHN, with Exhibit**
**and**
**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S THIRD AND FOURTH CLAIMS FOR RELIEF**

by delivering true copies hereof, enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following:

| | |
|---|---|
| *Gursky & Partners, LLP* | *Feldman Weistein LLP* |
|   Attorneys for Plaintiff |   Attorneys for Defendant Jeffrey Bernstein |
| 1350 Broadway, 11th Floor | 420 Lexington Avenue |
| New York, New York 10018 | New York, New York 10170 |

                                                                                      **s/Nellya Dym**
                                                                                        Nellya Dym

Sworn to before me this
26th day of May, 2004.


Sworn to before me this
26th day of May, 2004.

s/Arthur M. Rosenberg
*Arthur M. Rosenberg*
*Notary Public, State of New York*
*No. 02RO4870146*
*Qualified in New York County*
*Commission Expires August 11, 2006*


#204488.1