UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FULL CREATIVE, LTD. d/b/a I.C.B.
ASIA, CO., LTD.,

    Plaintiff,

  - against -

SOLE CITY, INC., SOLOMON SAFDEYE,
ALAN KANDALL, JEFFREY BERNSTEIN
and MARC DOLCE,

    Defendants.
-------------------------------------------------------------x

04 Civ. 02907
(RJH)(GWG)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/04

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties hereto that plaintiff's opposition to the motion to dismiss made by defendants Sole City, Inc., Solomon Safdeye and Alan Kandall (the "Defendants") in the above-referenced matter shall be served upon Defendants' counsel so as to be received on or before July 1, 2004;

**IT IS FURTHER STIPULATED AND AGREED**, that defendants' reply papers shall be served upon plaintiff's counsel so as to be received on or before July 23, 2004.

Dated:  New York, New York
    June 2, 2004

**GURSKY & PARTNERS, LLP**

By: _____
Esther S. Trakinski (ET 7791)
1350 Broadway, 11th Floor
New York, New York 10018
(212) 904-1234

Attorneys for Plaintiff

**KANE KESSLER, P.C.**

By: _____
S. Reid Kahn (SRK 1458)
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Attorneys for Defendants Sole City, Inc.,
Solomon Safdeye and Alan Kandall

**SO ORDERED**

_____
      U.S.D.J.
6/7/04

4

#204869.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FULL CREATIVE, LTD. d/b/a I.C.B.
ASIA, CO., LTD.,

            Plaintiff,

    - against --

SOLE CITY, INC., SOLOMON SAFDEYE,
ALAN KANDALL, JEFFREY BERNSTEIN
and MARC DOLCE,

           Defendants.
------------------------------------------------------------X

04 Civ. 02907
(RJH)(GWG)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/04

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties hereto that plaintiff's opposition to the motion to dismiss made by defendants Sole City, Inc., Solomon Safdeye and Alan Kandall (the "Defendants") in the above-referenced matter shall be served upon Defendants' counsel so as to be received on or before July 1, 2004;

**IT IS FURTHER STIPULATED AND AGREED**, that defendants' reply papers shall be served upon plaintiff's counsel so as to be received on or before July 23, 2004.

Dated:    New York, New York
            June 2, 2004

**GURSKY & PARTNERS, LLP**

By: _____
Esther S. Trakinski (ET 7791)
1350 Broadway, 11th Floor
New York, New York 10018
(212) 904-1234

Attorneys for Plaintiff

**KANE KESSLER, P.C.**

By: _____
S. Reid Kahn (SRK 1458)
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Attorneys for Defendants Sole City, Inc., Solomon Safdeye and Alan Kandall

**SO ORDERED**

_____ U.S.D.J.
6/7/04

#204869.1

4