USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

FULL CREATIVE, LTD. d/b/a I.C.B. ASIA, CO.,
LTD.,

                    Plaintiff,

        -against-

SOLE CITY, INC., SOLOMON SAFDEYE,
ALAN KANDALL, JEFFREY BERNSTEIN and
MARC DOLCE

               Defendants.       :

------------------------------------------------------x

*Holwell, J*

Case No.
04 CV 02907 (RJH) (GWG)


**STIPULATION OF DISMISSAL
WITHOUT PREJUDICE**


IT IS HEREBY STIPULATED AND AGREED, by and between counsel of record for

Plaintiff, Full Creative, Ltd. d/b/a I.C.B. Asia, Co., Ltd. ("Plaintiff"), and counsel for Defendant,

Jeffrey Bernstein ("Defendant"), that the matter be dismissed, pursuant to Federal Rules of Civil

Procedure § 41(a)(1), without prejudice and without an award of costs, expenses or

disbursements to any party.

Dated: New York, New York
      June 10, 2004

GURSKY & PARTNERS, LLP


Ira S. Sacks (IS 2861)
Esther S. Trakinski (ET 7791)
1350 Broadway – 11th Floor
New York, New York 10018
(212) 904-1234
Attorneys for Plaintiff


SO ORDERED:


Hon. Richard J. Holwell
United States District Judge
6/18/04

Dated: New York, New York
      June 10, 2004

FELDMAN WEINSTEIN, LLP


Eric Weinstein (EW 5423)
Eric D. Harris (EH 1341)
420 Lexington Avenue, Suite 2620
New York, New York 10170
(212) 869-7000
Attorneys for Defendant


Dated _____, 2004

RECEIVED
JUN 1 7 2004
CHAMBERS OF
RICHARD J. HOLWELL
U.S.D.J.