```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FULL CREATIVE, LTD. d/b/a/ I.C.B. ASIA,
CO., LTD.,
                          Plaintiff,                              04 Civ. 2907 (RJH)
            - against -

SOLE CITY, INC. et al.,
                          Defendants.
------------------------------------------------------------x
------------------------------------------------------------x
INNOVATIVE CUSTOM BRANDS INT'L,
INC.,                                                             2937
                          Plaintiff,                              04 Civ. ~~2907~~ (RJH)
            - against -
                                                                  **ORDER**
SOLE CITY, INC. et al.,
                          Defendants.
------------------------------------------------------------x

An initial pretrial conference was held July 16, 2004 in the two above-captioned matters, pursuant to which it is hereby

ORDERED that these actions be consolidated for pretrial purposes. It is further

ORDERED that defendants in *Full Creative, Inc. v. Sole City Inc. et al.*, No. 04 Civ. 2907 respond to plaintiff's first request for production of documents and things within fifteen (15) days of the date of this Order.

These consolidated actions shall be referred to Magistrate Judge Gabriel W. Gorenstein for general pretrial supervision.

SO ORDERED.

Dated: New York, New York
       July 16, 2004

                                                         _____
                                                         Richard J. Holwell
                                                         United States District Judge