```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FULL CREATIVE, LTD. d/b/a I.C.B.
ASIA, CO., LTD.,

           Plaintiff,

   - against –

SOLE CITY, INC., SOLOMON SAFDEYE,
ALAN KANDALL, JEFFREY BERNSTEIN
and MARC DOLCE,

           Defendants.
-----------------------------------------------------------x

04 Civ. 02907
(RJH)(GWG)

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiff, Full Creative, Ltd. d/b/a I.C.B. Asia, Co., Ltd. ("Plaintiff"), and counsel for Defendant, Alan Kandall ("Defendant"), that the matter be dismissed, pursuant to Federal Rules of Civil Procedure §41(a)(1), without prejudice and without an award of costs, expenses or disbursements to any party.

Dated: New York, New York
       July 1, 2004

GURSKY & PARTNERS, LLP

By: _____
Esther S. Trakinski (ET 7791)
1350 Broadway, 11th Floor
New York, New York 10018
(212) 904-1234

Attorneys for Plaintiff

KANE KESSLER, P.C.

By: _____
S. Reid Kahn (SRK 1458)
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Attorneys for Defendant Alan Kandall

**SO ORDERED**

_____
Hon. Richard J. Holwell
United States District Judge

Dated: 7/16, 2004

#206998.1