UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/04

-------------------------------------------------------------x

FULL CREATIVE, LTD. d/b/a I.C.B. ASIA, CO., LTD.,

                Plaintiff,

-against-

SOLE CITY, INC., SOLOMON SAFDEYE, ALAN KANDALL, JEFFREY BERNSTEIN and MARC DOLCE

                Defendants.

-------------------------------------------------------------x

Case No.
04 CV 02907 (RJH) (GWG)

:STIPULATION OF DISMISSAL
**WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel of record for Plaintiff, Full Creative, Ltd. d/b/a I.C.B. Asia, Co., Ltd. ("Plaintiff"), and counsel for Defendant, Marc Dolce ("Defendant"), that the matter be dismissed, pursuant to Federal Rules of Civil Procedure § 41(a)(1), without prejudice and without an award of costs, expenses or disbursements to any party.

Dated: New York, New York
      June __, 2004

GURSKY & PARTNERS, LLP

_____
Ira S. Sacks (IS 2861)
Esther S. Trakinski (ET 7791)
1350 Broadway – 11th Floor
New York, New York 10018
(212) 904-1234
Attorneys for Plaintiff

Dated: New York, New York
      June __, 2004

ALBERT BUZZETTI & ASSOCIATES, LLC

_____
Ayesha Hamilton, Esq.(AK9949)
2 Penn Plaza, Suite 1500
New York, New York 10121
(212) 564-9009
Attorneys for Defendant

SO ORDERED:

_____          Dated: July 14, 2004
Hon. Richard J. Holwell
United States District Judge