UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
FULL CREATIVE, LTD.,

              Plaintiffs,

-against-                                                              ORDER OF REFERENCE
                                                                       TO A MAGISTRATE JUDGE
SOLE CITY, INC., et al.,
                                                                       04 Civ. 02907 (RJH) (GWG)
              Defendants.
--------------------------------------------------------------- X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*

___  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:___

___  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___  Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:____

All such motions: ____

*Do not check if already referred for general pretrial.

SO ORDERED.

DATED:  New York, New York
        July 16, 2004

                                            HON. Richard J. Holwell
                                            United States District Judge