```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FULL CREATIVE,                                              :
                                                            :   ORDER
                        Plaintiff,                          :   04 Civ.2907 (RJH) (GWG)
                                                            :
            -v.-                                            :
                                                            :
SOLE CITY,                                                  :
                                                            :
                        Defendant.                          :
------------------------------------------------------------:
INNOVATIVE CUSTOM BRANDS,                                   :
                                                            :   04 Civ. 2937 (RJH)(GWG)
                        Plaintiff,                          :
            -v-                                             :
SOLE CITY,                                                  :
                                                            :
                        Defendant.                          :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/04

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

   1. The above-referenced action has been referred to this Court for general pre-trial purposes, which includes all pre-trial applications (including those relating to discovery), except motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification. See 28 U.S.C. § 636(b)(1)(A).

   2. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any contention that a party has not responded properly to a discovery request must be brought to the Court's attention immediately and in accordance with the Court's Individual Practices. These practices are available at: www.nysd.uscourts.gov/judges.htm

   3. Any application for an extension of the time limitations with respect to any deadlines in this matter must be made as soon as the cause for the extension becomes known to the party making the application. The application also must state the position of all other parties on the proposed extension and must show good cause therefor not foreseeable as of the date of this Order. "Good cause" as used in this paragraph does not include circumstances within the control of counsel or the party. Any application not in compliance with this paragraph will be denied. Failure to comply with the terms of this Order may also result in sanctions.

   4. The parties are expected to make affirmative attempts to settle this matter and to do so if necessary with the assistance of outside mediation. Such mediation may be conducted by a

trained mediator participating in the Southern District of New York's mediation program. In addition, the Court is available to hold a settlement conference among the parties (with both counsel and clients present). A request to participate in the District's mediation program or to request that the Court hold a settlement conference should be made by letter.

     5. If any attorney has appeared on this case other than the attorneys listed above, please notify Deputy Clerk Sylvia Gonzalez at (212) 805-4260 immediately.

     SO ORDERED.

Dated: July 23, 2004
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copies mailed to:

Ira S. Sacks, Esq.
Esther S. Trakinski, Esq.
Gursky & Partners, LLP
1350 Broadway, 11th Floor
New York, NY 10018

Adam M. Cohen, Esq.
Dana M. Susman, Esq.
Kane Kessler, P.C.
1350 Avenue of the Americas
New York, NY 10019