S. Reid Kahn, Esq. (SRK-1458)
Dana M. Susman, Esq. (DMS-5436)
KANE KESSLER, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Attorneys for Defendants
  Sole City, Inc. and Solomon Safdeye

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FULL CREATIVE, LTD. d/b/a I.C.B.           :
ASIA, CO., LTD.,                           :    04 Civ. 2907 (RJH)(GWG)
                                           :
              Plaintiff,                   :
                                           :
      - against -                          :    RULE 7.1 STATEMENT
                                           :
SOLE CITY, INC., SOLOMON                   :
SAFDEYE, ALAN KANDALL, JEFFREY             :
BERNSTEIN and MARC DOLCE                   :
                                           :
              Defendants.                  :
-----------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for a private (non-governmental) party certifies that defendant Sole City, Inc. has no corporate or other parents, subsidiaries, or affiliates, the securities or other interests in which are publicly held.

Dated: New York, New York
       September 7, 2004

                                  KANE KESSLER, P.C.

                                  By: _____
                                     Dana M. Susman, Esq. (DMS-5436)
                                  Attorneys for Defendants
                                  Sole City, Inc. and Solomon Safdeye
                                  1350 Avenue of the Americas
                                  New York, New York 10019
                                  (212) 541-6222

#211176.1

TO: **GURSKY & PARTNERS, LLP**
Attorneys for Plaintiff
1350 Broadway, 11th Floor
New York, New York 10018
(212) 904-1234

# AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

I, **Nellya Dym**, being duly sworn, say:

I am not a party to the within action, am over 18 years of age, and reside in Brooklyn, New York.

On September 7, 2004, I served the within:

## RULE 7.1 STATEMENT

by delivering a true copy hereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following:

*Gursky & Partners, LLP*
  Attorneys for Plaintiff
1350 Broadway, 11th Floor
New York, New York 10018

_____
Nellya Dym

Sworn to before me this
7th day of September, 2004.

_____
Notary Public

Maria Mahon
Notary Public
01MA5074058
Exp 03/10/2007
State of New York

#204488.1