USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FULL CREATIVE, LTD. d/b/a I.C.B.                  :
ASIA, CO., LTD.,                                  :     04 Civ. 02907
                                                  :     (RJH)(GWG)
               Plaintiff,                         :
                                                  :     STIPULATION OF DISMISSAL
          - against –                             :     WITHOUT PREJUDICE
                                                  :
SOLE CITY, INC., SOLOMON SAFDEYE,                 :
ALAN KANDALL, JEFFREY BERNSTEIN                    :
and MARC DOLCE,                                   :
                                                  :
               Defendants.                        :
-------------------------------------------------------------x

   **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel

of record for Plaintiff, Full Creative, Ltd. d/b/a I.C.B. Asia, Co., Ltd. ("Plaintiff"), and counsel for

Defendants, Sole City, Inc. ("Sole City") and Solomon Safdeye ("Safdeye"), that

   (i)      The Third and Fourth Claims for Relief are dismissed as to Defendants Sole City and

            Safdeye, pursuant to Federal Rules of Civil Procedure § 41(a)(1), without prejudice

            and without an award of costs, expenses or disbursements to any party; and

   (ii)     Defendants Sole City and Safdeye will not oppose a motion by Plaintiffs for leave to

            amend the Complaint to assert claims against Defendants Sole City and Safdeye for

            Fraud and Negligent Misrepresentation at any time prior to the expiration of the

            parties' time to move to amend the Complaint;


RECEIVED
OCT 13 2004

     (iii)    However, Defendants Sole City and Safdeye reserve their right to assert any and all

objections and defenses to such amended complaint including, but not limited to, the

filing of a motion to dismiss.

Dated: New York, New York
       July 7, 2004

**GURSKY & PARTNERS, LLP**          **KANE KESSLER, P.C.**

By:_____      By:_____
    Esther S. Trakinski (ET 7791)        S. Reid Kahn (SRK 1458)
    1350 Broadway, 11th Floor         1350 Avenue of the Americas
    New York, New York 10018         New York, New York 10019
    (212) 904-1234                (212) 541-6222

    Attorneys for Plaintiff           Attorneys for Defendant
                                 Sole City, Inc. and
                                 Solomon Safdeye

**SO ORDERED**

_____
**Hon. Richard J. Holwell**
**United States District Judge**

Dated: _____, 2004