UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
FULL CREATIVE, LTD. d/b/a I.C.B. ASIA, CO., LTD.,

                Plaintiff,

- against -

SOLE CITY, INC., SOLOMON SAFDEYE,
ALAN KANDALL, JEFFREY BERNSTEIN and
MARC DOLCE,
                Defendants.
----------------------------------------------------------------x
INNOVATIVE CUSTOM BRANDS INTL., INC.,

                Plaintiff,

- against -

SOLE CITY, INC., SOLOMON SAFDEYE,
ALAN KANDALL, JEFFREY BERNSTEIN and
MARC DOLCE,
                Defendants.
----------------------------------------------------------------x

04 Civ. 2907 (RJH)(GWG)
*Action No. 1*

**PROPOSED ORDER**

4 CV 2937 (RJH)
*Action No. 2*

      AND NOW, this ____ day of October, 2004, upon consideration of the Motion of Plaintiff Full Creative, Ltd. d/b/a I.C.B. Asia, Co., Ltd. in *Full Creative, Ltd. v. Sole City, Inc., et al*, 04 Civ. 2907 (RJH)(GWG) ("Action 1") and Plaintiff Innovative Custom Brands Intl., Inc., in *Innovative Custom Brands, Intl., Inc. v. Sole City, Inc., et al*, 04 Civ. 2937 (RJH)(GWG) ("Action 2") (collectively "Plaintiffs") to Compel Discovery, it is hereby ordered that Sole City, Inc. ("Sole City") and Soloman Safdeye ("Safdeye") (collectively "Defendants") and Kane Kessler, P.C. ("Kane Kessler") produce Sole City's electronic records to Plaintiffs immediately upon entry of this Order; and

IT IS FURTHER ORDERED THAT Kane Kessler's Motion to be Relieved as Counsel for Defendant Sole City be denied pending the appearance of substitute counsel; and

IT IS FURTHER ORDERED THAT default judgment will be granted for Plaintiffs in Action 1 and Action 2 if Sole City fails to obtain substitute counsels within 30 days of entry of this Order.

Dated: New York, New York
      October ____, 2004

                                    SO ORDERED

                                    _____
                                    Hon. Richard J. Holwell
                                    United States District Judge