**Esther S. Trakinski (ET 7791)**
**Ira S. Sacks (IS 2861)**
**Gursky & Partners, LLP**
**1350 Broadway, 11th Floor**
**New York, NY 10018**
**(212) 904-1234**
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
FULL CREATIVE, LTD. d/b/a I.C.B. ASIA,
CO., LTD.,                                                                    04 Civ. 2907 (RJH)(GWG)

                 Plaintiff,
   -  against -                                                           **(PROPOSED)**
                                                                      **DEFAULT JUDGMENT**
SOLE CITY, INC., SOLOMON SAFDEYE,
ALAN KANDALL, JEFFREY BERNSTEIN
And MARC DOLCE,

                 Defendants.
-------------------------------------------------------------x

      This matter having been opened to the Court by Gursky & Partners, LLP, counsel for plaintiff Full Creative Ltd., d/b/a/ I.C.B. Asia, Co. Ltd. ("ICB Asia"), a Taiwanse corporation with its principal place of business at 20th Floor, # 201, Sec. 1, Chung Kang Roadm Taichung, Taiwan, for a Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) against defendant Sole City, Inc. ("Sole City"), a Delaware corporation with its principal place of business formerly at 141 West 36th Street, New York, NY 10018; and

      A summons and Complaint in this action having been personally served on Sole City at its corporate offices, and Sole City having appeared by counsel, Kane Kessler, P.C.; and

      On November 1, 2004, this Court having issued an Order (i) granting the motion of Kane Kessler to be relieved as counsel for Sole City; (ii) directing Sole City to have

new counsel file a notice of appearance on or before December 1, 2004; and (iii) directing that upon the failure of Sole City to retain new counsel, a judgment of default shall be entered against it; and

    Sole City having failed to secure new counsel; and

    This Court having considered the Complaint in this action, the Declaration of Esther S. Trakinski supporting Plaintiff's application for a default judgment, together with the exhibits thereto, it is hereby

    ORDERED, ADJUDGED AND DECREED that Plaintiff's motion for a default judgment is granted, and it is further

    ORDERED, ADJUDGED AND DECREED that Sole City is hereby found to be liable to the Plaintiff for breach of contract in violation of the common law of the State of New York, for accounts stated in violation of the common law of the State of New York, for fraud and negligent misrepresentations in violation of the common law of the State of New York, and for unjust enrichment in violation of the common law of the State of New York; and it is further

    ORDERED, ADJUDGED AND DECREED that defendant Sole City pay damages to Plaintiff ICB Asia judgment in the amount of $1,358,693, plus prejudgment interest, and Plaintiff's costs of this action and reasonable attorneys' fees, in an amount to be determined upon application by Plaintiff, supported by affidavit and documentary evidence, such application to be upon notice.

      The clerk of the court is hereby directed to enter this default judgment without further action by the Court.

Dated: New York, New York
       January 7, 2005

                                                                          _____
                                                                               U.S.D.J.

                                                      This document was entered
                                                      on the docket on _____