UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

FULL CREATIVE, LTD. d/b/a INNOVATIVE :
CUSTOM BRANDS ASIA, CO., LTD.,          :   Civil Action No:
                                         :   04 CV 02907 (RHJ) (GWG)
        Plaintiff,                      ECF CASE

        v.                               AFFIDAVIT OF SERVICE

SOLE CITY, INC., SOLOMON SAFDEYE,
ALAN KANDALL, JEFFREY BERNSTEIN
and MARC DOLCE,

        Defendants.           :
-----------------------------------------------------------x

STATE OF NEW YORK    )
                                    ss.:
COUNTY OF NEW YORK

    Jeanne Peppard, being duly sworn, deposes and says that: deponent is not a party to this action, is over 18 years of age and resides in Lynbrook, New York.

    On Friday, January 7, 2005, deponent served a true copy of the Notice of Motion for Default Judgment, Declaration of Esther S. Trakinski, and (Proposed) Default Judgment. The aforementioned documents were served by depositing a true and correct copy thereof, enclosed in a securely sealed, fully post paid, First Class mail envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed as follows:

Mr. Sammy Safdeye
1115 Ocean Parkway
Brooklyn, New York   1230

                                               Jeanne Peppard

Sworn to before me this 7th
day of January 2005

_____
Notary Public

MARIE A. RAMOS
Notary Public, State of New York
No. 01RA5038297
Qualified in Bronx County
Commission Expires January 23, 2007