UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/05

---------------------------------x
FULL CREATIVE LTD. D/B/A I.C.B. ASIA, CO., LTD.,

         Plaintiffs,

- against -                         04 Civ. 2907 (RJH) (GWG)

SOLE CITY, INC., et al.,

         Defendants.
---------------------------------x
---------------------------------x
INNOVATIVE CUSTOM BRANDS INT'L, INC.,

         Plaintiffs,

- against -                         04 Civ. 2937 (RJH) (GWG)

SOLE CITY, INC., et al.,

         Defendants.
---------------------------------x

## Scheduling Order

A hearing on plaintiffs' motions in the above cases for default judgments against Sole City, Inc., shall be held on February 25, 2005, at 12:00 p.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York, 10007. **In the event that Sole City, Inc. fails to appear through counsel, the Court will enter the requested default judgments against it in the above-mentioned actions.**

The parties are directed to appear for a pretrial conference for both cases on the same date.

SO ORDERED

Dated: New York, New York
January 20, 2005

_____
Richard J. Holwell
United States District Judge