UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FULL CREATIVE,                                         :

                                                     :    <u>ORDER</u>

                 Plaintiff,                          04 Civ. 2907 (RJH) (GWG)

                                                       :

               -v.-

                                                         :

SOLE CITY,                                            :

                 Defendant.                         :
-----------------------------------------------------------:
INNOVATIVE CUSTOM BRANDS,

                                                     :    04 Civ. 2937 (RJH)(GWG)

                 Plaintiff,                          :

          -v-                                :
SOLE CITY,

                                                     :

               Defendant.                         :
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      WHEREAS, plaintiff's counsel has reported to the Court that defendant Solomon Edward Safdeye has filed a case under Chapter 7 of the United States Bankruptcy Code.  (Docket # 05-21221, E.D.N.Y.); and

      WHEREAS, counsel concedes that the above-referenced actions come within the automatic stay,

      IT IS HEREBY ORDERED that the above-referenced actions shall be transferred to the the suspense docket.

Dated:  New York, New York
          July 19, 2005

                                                   _____
                                      GABRIEL W. GORENSTEIN
                                      United States Magistrate Judge