```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FULL CREATIVE, LTD.,

          Plaintiff,

-against-                           04 Civ. 2907 (RJH)

SOLE CITY, INC., et al.,

          Defendants.

---

INNOVATIVE CUSTOM BRANDS INT'L, INC.,

          Plaintiff,

-against-                           04 Civ. 2937 (RJH)

SOLE CITY, INC., et al.,              **ORDER**

          Defendants.

---

    The above-captioned cases having been pending for over three years, and the cases having been suspended during bankruptcy proceedings against Solomon Safdeye in the Eastern District of New York (#05-21221), and there having been no action herein for over 12 months, there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to complete a JS 6 report for this case. Nothing contained in this minute entry shall be considered a dismissal or disposition of this matter, and, should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute entry had not been entered.

SO ORDERED.

Dated: New York, New York
       May 14, 2007

                                                    Richard J. Holwell
                                                    United States District Judge